UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States ex rel.
Stephen Danforth,

Petitioner,

vs. ORDER

David Crist, Warden, and
the Department of Corrections
of the State of Minnesota,

Respondents. Civ. No. 01-2137 (JRT/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 1st day of April, 2002.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Petitioner's Motion to Conditionally Accept Amendment to Petition as Filing of Amended Petition. For reasons which follow, we defer a ruling on the Petitioner's Motion until the District Court resolves the Petitioner's appeal of our Order dated December 4, 2001.

On November 26, 2001, the Petitioner filed a Petition for Writ of Habeas Corpus, under Title 28 U.S.C. §2254, as well as a Motion to Stay the Petition pending exhaustion of two of his claims. By

12

FILED APR 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Order dated December 4, 2001, we denied the Petitioner's Motion to Stay the Habeas Petition, and directed him to file an Amended Petition, containing only those claims which were presently unexhausted. The Petitioner was directed to comply with our Order within thirty days of the date of the Order -- that is, by on or about January 4, 2002.

On December 17, 2001, the Petitioner appealed our Order to the District Court, the Honorable Judge John R. Tunheim presiding. He also filed, on December 26, 2001, his present Motion to Conditionally Accept Amendment to Petition as Filing of Amended Petition. As he explained in his Motion, he requests the Court to conditionally accept the pertinent pages of his Petition, which excise the two unexhausted claims, as his Amended Petition, dependent upon the District Court's decision on his Appeal.[1]

As the status of the Petition for Writ of Habeas Corpus depends upon the decision of the District Court on the Petitioner's Appeal of our Order dated December 4, 2001, we will defer ruling on the Petitioner's present Motion until such time as the District

[1]The Petitioner did not submit a whole new Habeas Petition, as his original Petition constituted over fifty claims, and three hundred pages. Rather, he submitted only those pages which reflected the deletion of the two unexhausted claims, and he asks that they be substituted, in his original Petition, in the event that his Appeal is unsuccessful.

Court has issued its opinion. At that time, we will be in a better position to determine the appropriate action on his current Motion.

NOW, THEREFORE, It is --

ORDERED:

That the Petitioner's Motion to Conditionally Accept Amendment to Petition as Filing of Amended Petition [Docket No. 11] is DEFERRED until the resolution, by the District Court, of the Petitioner's Appeal of this Court's Order of December 4, 2001.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE