UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Stephen Danforth,

Petitioner,

vs. ORDER

David Crist, Warden, and
Minnesota Department of
Corrections,

Respondents. Civ. No. 01-2137 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 6th day of November, 2002.

* * *

Pursuant to a September 26, 2002 Order of the District Court, the Honorable John R. Tunheim presiding, the Petitioner has filed an Amended Petition for a Writ of Habeas Corpus in which he claims that he is being illegally detained by the Respondents for reasons which are violative of his rights under the Constitution, laws or treaties of the United States.

NOW, THEREFORE, the Respondents are directed to show cause, within 20 days from the date of this Order, why relief should not be granted:

1. By making a Return in writing;

2. By filing with the Court a reasoned memorandum of law and

FILED NOV 06 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

fact fully stating the Respondents' legal position, and views on the need for this Court to conduct an evidentiary hearing on the merits of the Amended Petition given the requirements of the applicable statutes and the pertinent United States Supreme Court authorities.

Absent compliance with this Order within the 20 day period, the Court will entertain a motion to grant relief to the Petitioner forthwith.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE