UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States ex rel.
Stephen Danforth,

Petitioner,

vs. ORDER

David Crist, Warden, and
the Department of Corrections
of the State of Minnesota,

Respondents. Civ. No. 01-2137 (JRT/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 27th day of May, 2003.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Petitioner's Motion for Supplementary Transcription, for Expansion of the Record, and for Related Relief, and upon the Petitioner's Motion for Enlargement of Time and Related Relief. For reasons which follow, we deny the Petitioner's Motions.

The Petitioner's Motion for Supplementary Transcription, for Expansion of the Record, and for Related Relief, was filed on December 9, 2003. Subsequently, on March 20, 2003, the District

37

FILED MAY 27 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Court, the Honorable John R. Tunheim presiding, issued a Memorandum, Opinion, and Order, which granted the Petitioner's request to reinstate his original Petition, and which afforded the Respondents thirty days in which to respond. The District Court also denied, as moot, the Petitioner's appeal from our Order which granted the Petitioner until December 23, 2002, in which to respond to the Respondents' Motion to Dismiss the Petition. We find that the District Court's Memorandum, Opinion, and Order, mooted much of the relief requested in the Petitioner's Motion for Supplementary Transcription, for Expansion of the Record, and for Related Relief. Further, if the Court deems relevant any transcripts from the State Court proceedings, the Court will request those transcripts. Thus, the Motion for Supplementary Transcription, for Expansion of the Record, and for Related Relief, is denied.

On April 23, 2003, the Petitioner filed a Motion for Enlargement of Time, and Related Relief, in which he seeks additional time in which to file his Reply to the Respondents' responses. On May 19, 2003, the Petitioner filed his Traverse. Thus, the Petitioner's Motion for additional time is moot, and we deny the Motion on that ground.

NOW, THEREFORE, It is --

ORDERED:

1. That the Petitioner's Motion for Supplementary Transcription, for Expansion of the Record, and for Related Relief, [Docket No. 23] is DENIED.

2. That the Petitioner's Motion for Enlargement of Time and Related Relief [Docket No. 32] is DENIED as moot.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE