**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

STEPHEN DANFORTH, Civil No. 01-2137 (JRT/RLE)

Petitioner,

v.

**ORDER**

DAVID CRIST, Warden; and
MINNESOTA DEPARTMENT OF
CORRECIONS,

Respondent.

---

Stephen Danforth, MN Correctional Facility, 970 Pickett Street N, Bayport, MN 55003, *Pro se* petitioner.

Michael K. Walz, OFFICE OF THE HENNEPIN COUNTY ATTORNEY, 300 Sixth Street South, Suite C-2000, Minneapolis, MN 55487, for respondent.

Respondent has moved for an extension of time to respond to the Court's August 14, 2003 Order. Given respondent's counsel's upcoming medical procedures the Court grants the respondent's request and the extension is allowed.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that respondent's motion for an extension of time is **GRANTED**. Respondent has until **September 15, 2003** to respond to the Court's August 14, 2003 Order.

DATED: Aug. 22, 2003
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK