**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| STEPHEN DANFORTH,<br><br>Petitioner,<br><br>v.<br><br>DAVID CRIST, Warden, et al.,<br><br>Respondents. | Civil No. 01-2137 JRT/RLE<br><br>**ORDER** |

Peter Templeton, No. 147636, Minnesota Correctional Facility, 970 Pickett Street North, Bayport, MN 55003, *pro se* petitioner.

Michael K. Walz, Assistant Hennepin County Attorney, OFFICE OF THE HENNEPIN COUNTY ATTORNEY, A-2000 Government Center, 300 Sixth Street South, Minneapolis, MN 55487, for respondents.

This matter is before the Court on petitioner's motion to strike the page limitation and for an enlargement of time to respond to the Report and Recommendation. The Court finds that the petitioner has shown good cause for the enlargement of time. However, the Court will limit the number of pages that petitioner may file when objecting to the Report and Recommendation to a maximum of twenty pages.

Based upon petitioner's motion, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's motion for an enlargement of time to respond to the Report and Recommendation [Docket No. 59] is **GRANTED.** Petitioner's objections to the Report and Recommendation are due on March 19, 2004.

2. Petitioner's motion to strike the page limit to object to the Report and Recommendation [Docket No. 59] is **DENIED**. Petitioner's objections shall be no longer than 20 pages.

Dated: March 4, 2004
at Minneapolis, Minnesota

_______s/John R. Tunheim_______
JOHN R. TUNHEIM
United States District Judge