O AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Stephen Danforth

V.

David Crist, Warden and the Minnesota Department of Corrections

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2137 JRT/RLE

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner's state petition for writ of habeas corpus is dismissed with prejudice. Petitioner's motion for correction of respondent's answer, for filing of transcript excerpts, for further indispensable transcription, for related relief is denied as moot. Petitioner's motion to declare file in custodia legis and for filing under seal of petitioner's discovery motion is denied as moot. Petitioner's first motion for discovery is denied as moot. Petitioner's request for production of documents to respondents is denied as moot.

July 15, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Victoria Moralez
(By) Victoria Moralez, Deputy Clerk