UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**United States,** ***ex rel.***
**Stephen Danforth**,

Petitioner,

vs.

**David Crist**, Warden of MCF-Stillwater, and the **Department of Corrections of the State of Minnesota,**

Respondents.

Civil File No. 01-2137 (JRT/RLE)

**DECLARATION OF PETITIONER**

RECEIVED
BY MAIL
JUL 26 2004
CLERK, US DIST. C
ST. PAUL, MN

---

Stephen Danforth, Petitioner herein, as an incarcerated individual and in the absence of immediately available notary public service, hereby declares upon penalty of perjury that the following is true and accurate:

1. At all times during the pendency of this habeas corpus proceeding, I have been incarcerated at MCF-Stillwater, a Level IV (i.e., formerly, "close custody") prison of the Minnesota Department of Corrections.

2. By reason of a two-plastic tub limit on inmate possessions, including clothes and other personal items, I and all other inmates are effectively confined to possession at any given moment of only about two reams-equivalent of legal or other personal papers.

3. As a result of this, it has not been possible for me to simultaneously possess the entirety of the transcripts in my prosecution underlying this habeas corpus proceeding. This has compelled me to access only portions of those transcripts at a time, in a laborious, time-consuming, and expensive process of rotation with the State Public Defender's Office, and more recently with a law office acting voluntarily only at cost reimbursement by myself.

SCANNED
JUL 26 2004
U.S. DISTRICT COURT ST. PAUL

4. I am, and at all times during the pendency of this habeas corpus proceeding have been impoverished in any real sense, with no source of income beyond merely trivial and sporadic receipt of small sums, other than prison wages. The latter have never totaled substantially in excess of $1,200 per year, and have, during the pendency hereof varied to as low as $700 per year.

5. From such paltry sums, the cost of personal hygiene and necessary supplies must be deducted, as well as various modest comforts of life and the paper, typing supplies and typewriter upkeep, and mailing costs required to conduct this proceeding.

6. Because of this impoverishment, it has only just now become possible for me to afford the copying cost *in toto* for the complete set of transcript excerpts now filed with the Court and served upon Respondents.

7. As a result of the foregoing property restrictions and my impoverishment described above, it has not been possible for me to complete, serve, and file Petitioner's Appendix of Transcript Excerpts at any earlier time than the present.

Dated: July 22, 2004.

Stephen Danforth