**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**United States,** ***ex rel.***
**Stephen Danforth**,

Petitioner,

vs.

**David Crist**, Warden of MCF-Stillwater, and the
**Department of Corrections of**
**the State of Minnesota,**

Respondents.

Civil File No. 01-2137 (JRT/RLE)

**DECLARATION OF SERVICE**

---

Stephen Danforth, Petitioner herein, as an incarcerated individual and in the absence of immediately available notary public service, hereby declares upon penalty of perjury that the following is true and accurate:

On July ___, he served Petitioner's Motion for Reconsideration, Memorandum of Subsequently Discovered Authorities in support thereof, Declaration of Petitioner, and Motion for Leave to Amend Petition upon counsel for Respondents by placing a copy of same in each of two envelopes, addressed as below, and placing said envelopes into the outgoing institutional mail system at MCF-Stillwater, with direction for deposit of same, with First Class postage affixed, into the United States Postal Service mail system, for delivery as follows:

Asst. Attorney General Thomas Ragatz
525 Park St., Suite 500
St. Paul, MN 55103

Asst. Hennepin County Attorney Michael K. Walz
C-2000 Government Center
300 S. Sixth St.
Minneapolis, MN 55487

Dated: July 22, 2004.

Stephen Danforth

SCANNED
JUL 26 2004
U.S. DISTRICT COURT ST. PAUL

TICE: Mailed from a MN CORRECTIONAL FACILITY
ne: Stephen Danforth
#: 147636
lress: 970 Pickett St. N
/State/Zip: Bayport, MN 55003-1490

MINNESOTA CORRECTIONAL FACILITY-STILLWATER

BAYPORT MN JUL 23'04
PB METER 7143233
3.95
U.S. POSTAGE

# FIRST CLASS MAIL

Legal Mail

RECEIVED
BY MAIL
JUL 26 2004
CLERK, US DIST. COURT
ST. PA

PRIORITY MAIL
UNITED STATES POSTAL SERVICE TM
www.usps.gov
LABEL 107R, OCT 1997

Mr. Francis E. Dosal,
Clerk of Court
United States District Court
700 Federal Building
316 N. Robert St.
St. Paul, MN 55101-1460