RECEIVED
BY MAIL
JUL 29 2004
CLERK, US DIST. COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

**United States,** ***ex rel.***
**Stephen Danforth,**

Petitioner,

vs.

**David Crist,** Warden of MCF-Stillwater, and the
**Department of Corrections of the**
**State of Minnesota,**

Respondents.

Civil File No. 01-2137 (JRT/RLE)

**PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

---

**NOTICE OF MOTION**

TO: Asst. Attorney General Thomas Ragatz
525 Park St., Suite 500
St. Paul, MN 55103

Asst. County Attorney Michael K. Walz
C-2000 Government Center
300 S. Sixth St.
Minneapolis, MN 55487

Please Take Notice that Petitioner hereby presents his Motion For Extension Of Time To File Notice Of Appeal. Petitioner does not request hearing upon said Motion. However, the District Court may set hearing upon this Motion at a date, time, and place of its choice.

Dated: July 26, 2004.

Stephen Danforth
Petitioner, *pro se*
970 Pickett St., N. - 147636
Bayport, MN 55003-1490
Telephone: (651) 779-2700

SCANNED
JUL 29 2004
U.S. DISTRICT COURT ST. PAUL

**MOTION**

Pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure, Petitioner, Stephen Danforth, hereby moves the Court for an order extending the time in which a notice of appeal may be filed to appeal from the judgment in this habeas corpus case to 30 days after the last date of any of the following: (a) the date of the order of this Court resolving the pending Petitioner's Motion For Reconsideration Of Order Adopting Report And Recommendation; (b) the date of the order of this Court resolving the pending Petitioner's Motion For Leave To Amend Petition For Writ Of Habeas Corpus; and (c) the date of the order of this Court resolving this Motion For Extension Of Time To File Notice Of Appeal.

This Motion is factually based upon the Declaration of Petitioner appearing below.

The grounds for this Motion are that: (i) this Motion is filed within, or before the initiation of the 30-day period for filing of notice of appeal prescribed by Rule 4(a) of the Federal Rules of Appellate Procedure; and (ii) good cause exists under Rule 4(a)(5)(A) of said Rules for the extension of time to file notice of appeal, as sought by Petitioner, as appears from said Declaration.

WHEREFORE, Petitioner requests grant of this Motion.

Dated: July 26, 2004.

Stephen Danforth
**Stephen Danforth**
Petitioner, *pro se*

# DECLARATION IN SUPPORT OF MOTION

**Stephen Danforth**, as an incarcerated individual, and in the absence of immediately available notary public service, hereby declares, upon penalty of perjury, that the following is true and correct:

1. I am the Petitioner in the above-entitled habeas corpus proceeding brought pursuant to 28 *U.S.C.* Section 2254. In support of the foregoing Motion For Extension Of Time To File Notice Of Appeal pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure, the following facts demonstrate good cause for granting the motion:

2. On or about July 16, 2004, Petitioner received by mail a copy of the Order of District Judge John R. Tunheim, dated July 14, 2004, adopting the Report and Recommendation of Magistrate Judge Erickson, and calling for judgment thereupon dismissing the petition for writ of habeas corpus herein with prejudice.

3. Petitioner has not to date received any such judgment or notice of entry thereof, and is not aware of the existence or entry of any said judgment.

3. On or about July 22, 2004, by operation for the 'mailbox rule', Petitioner filed his Motion for Reconsideration of the Order Adopting Report and Recommendation and his Motion for Leave to Amend Petition for Writ of Habeas Corpus. Both of these motions remain pending as of the date of this Declaration.

4. Grant of either or both of these motions will supersede and obviate the July 14, 2004 Order adopting said Report and Recommendation, and hence will obviate the need for immediate appeal by Petitioner herein.

5. Particularly in view of the uncertainty as to whether judgment was entered before petitioner's Motion for Reconsideration was filed, Petitioner believes that his Motion for

Reconsideration should be deemed as a motion under either Rule 52 or Rule 59 (see: *Fabian v. Reed*, 707 F.2d 147, 148 & n. 1 (5th Cir. 1983)).

6. Petitioner believes that because the Motion for Reconsideration sounds under the aegis of Rules 52 and 59 of the Federal Rules of Civil Procedure, and was brought within ten days of the Order adopting said Report and Recommendation, the time for filing an appeal herein is tolled thereby under Rule 4(a)(4) of the Federal Rules of Appellate Procedure (see: *Parkus v. Delo*, 985 F.2d 425, 426 (8th Cir. 1983); *Lomax v. Armentrout*, 923 F.2d 574, 575 (8th Cir. 1991))

7. However, if Petitioner's view of automatic tolling of said time for notice of appeal is legally incorrect, and if both of Petitioner's pending Motions are denied, Petitioner may find that his ability to timely file such notice of appeal has inadvertently meanwhile lapsed. That Petitioner would thus be shorn of his right to pursue appeal in this case by sheer legal surprise would be an unfair result that petitioner believes to be at odds with the intent of the foregoing rules.

8. By the same token, without the relief requested by this Motion for Extension, Petitioner would effectively be compelled by prudence to file a notice of appeal within the 30 days from any forthcoming judgment during the pendency of the foregoing two motions by Petitioner for reconsideration and to amend, respectively. In the event of grant of either motion, such appeal would be rendered moot, and would have to be dismissed by the Eight Circuit Court of Appeals on that basis, causing pointless and unnecessary work for that Court.

9. Based upon the foregoing, Petitioner believes that grant of the extension sought by this motion is the simplest and most expeditious remedy and resolution to this matter.

Dated: July 26, 2004.

Stephen Danforth

RECEIVED
BY MAIL
JUL 29 2004
CLERK, US DIST. COURT
ST. PAUL, MN

Stephen Danforth
970 Pickett St., N. - 147636
Bayport, MN 55003-1490

July 26, 2004

Mr. Francis E. Dosal,
Clerk of Court
United States District Court
700 Federal Building
316 N. Robert Street
St. Paul, MN 55101-1460

RE: United States, ex rel Stephen Danforth v. David Crist, et al, No. 01-2137 (JRT/RLE): Motion for Extension of Time

Dear Mr. Dosal: 2 copies - JRT

I enclose four originals of Petitioner's Motion for Extension of Time to File Notice of Appeal, together with two originals of a Declaration of Service as to same.

Please file these documents, and bring this Motion to the attention of Judge Tunheim. Thank you.

Sincerely,

Steve Danforth

Stephen Danforth

encl. (2)