RECEIVED
BY MAIL

JUL 29 2004

CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**United States,** ***ex rel.***
**Stephen Danforth,**

Petitioner,

vs.

**David Crist**, Warden of MCF-Stillwater, and the
**Department of Corrections of**
**the State of Minnesota,**

Respondents.

Civil File No. 01-2137 (JRT/RLE)

**DECLARATION OF SERVICE**

---

Stephen Danforth, Petitioner herein, as an incarcerated individual and in the absence of immediately available notary public service, hereby declares upon penalty of perjury that the following is true and accurate:

On July 26, 2004, he served a copy of Petitioner's Motion For Extension Of Time To File Notice Of Appeal upon counsel for Respondents by placing said document in each of two envelopes, and depositing both of said envelopes into the outgoing institutional mail system at his place of incarceration, with presumptive standing direction to affix First Class postage and to deposit said envelopes into the United States Postal Service mail system, addressed as follows:

Asst. Attorney General Thomas Ragatz
525 Park Street, Suite 500
St. Paul, MN 55103

Asst. Hennepin County Attorney Michael K. Walz
C-2000 Government Center
300 S. Sixth St.
Minneapolis, MN 55487

Dated: July 26, 2004.

[signature]
Stephen Danforth

SCANNED
JUL 29 2004
U.S. DISTRICT COURT ST. PAUL

**NOTICE:** Mailed from a **MN CORRECTIONAL FACILITY**
Name: Stephen Danforth
OID#: 147636
Address: 970 Pickett St., N.
City/State/Zip: Bayport, MN 55003-1490

MINNESOTA CORRECTIONAL FACILITY STILLWATER

JUL 27 '04 MN

PB METER 7143233 $1.06 U.S. POSTAGE

06

# FIRST CLASS MAIL

Legal Mail

RECEIVED BY MAIL
JUL 29 2004
CLERK, US DIST. COURT
ST. PAUL, MN

Mr. Francis E. Dosal,
Clerk of Court
United States District Court
700 Federal Building
316 N. Robert St.
St. Paul, MN 55101-1460