**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

**United States,** ***ex rel.***
**Stephen Danforth**,

Civil File No. 01-2137 (JRT/RLE)

Petitioner,

vs.

**David Crist,** Warden of MCF-Stillwater, and the
**Department of Corrections of the**
**State of Minnesota,**

Respondents.

---

# PETITIONER'S APPENDIX OF TRANSCRIPT EXCERPTS

SCANNED
AUG 03 2004
U.S. DISTRICT COURT ST. PAUL

SCANNED
JUL 29 2004
U.S. DISTRICT COURT MPLS

**TABLE B-1**
**Transcript References**

| | Volume | Page(s) | Claim(s) Involved | | Cited at: | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **"Rasmussen" Hearing, January 30, 1996** | | | | | |
| | | 34 | III. 1. | | AP, p. 76 | | | |
| | | 72-80 | VI | | FS | | | |
| | | | **Voir Dire Transcript** | | | | | |
| 2.5.96 | I | 33 | I. 7. | | FS | | | |
| | I. | 35 | I. 11. | | AP, p. 57 | IB#3, p. 49 | | |
| | I | 51 | I. 10. | | FS | | | |
| | I | 70 | II. 4. | | FS | | | |
| | I | 71-72 | V. 2 | | FS | | | |
| | I | 74-75 | III. 2. | III. 4. | FS | | | |
| | I | 75 | I. 12. | | FS | | | |
| | I | 78 | II. 2. | | FS | | | |
| | I | 82 | III. 2. | | FS | | | |
| | I | 83-84 | III. 2. | VIII | FS | | | |
| | I | 88 | VI | | FS | | | |
| | I | 94 | IX.3 | | AP, p. 132 | | | |
| | I | 111 | I. 1.B. | | AP, p. 23 | | | |
| | I | 124 | I. 7. | | FS | | | |
| | I | 127 | III. 5. | | FS | | | |
| 2.6.96 | II | 162-63 | I. 1.B. | | AP, 13, 22 | | | |
| | II | 171 | I. 9. | | FS | | | |
| | II | 172 | I. 1.B. | | FS | | | |
| | II | 175 | I. 12. | | FS | | | |
| | II | 188-91 | I. 11. | | AP, p. 60 | IB#3, p. 56 | | |
| | II | 198 | I. 9. | | FS | | | |
| | II | 199-203 | I. 1.B. | | IB#2, 5-6 | | | |
| | II | 221-22 | I. 12 | | FS | | | |
| | II | 227 | V. 2. | | AP, p. 94 | IB#1, p. 10 | | |
| | II | 232 | VI. | | IB#4, p. 34 | | | |
| 2.8.96 | IV | 487 | II. 2. | | FS | | | |
| | IV | 680-81 | III. 2. | | FS | | | |
| 2.9.96 | V | 686 | III. 3. | | FS | | | |
| | V | 688 | III. 2. | | FS | | | |
| | V | 866 | I. 12. | | FS | | | |
| 2.12.96 | VI | 888 | III. 2. | | AP, p. 79 | IB#3. p. 92 | | |
| | VI | 997 | II. 3. | | FS | | | |
| | VI | 1010-12 | V. 1. | | IB#4, 6-7 | | | |
| | VI | 1110-12 | V. 1. | V. 2. | AP, 91-92 | IB#1, 7-9 | | |
| | VI | 1111 | I. 1.B. | I. 2. | AP, p. 23 | IB#1, p. 2 | IB#3, p. 13 | |
| | VI | 1112 | V. 1. | V. 2. | FS | | | |
| | VI | 1116 | I. 12. | | FS | | | |
| 2.13.96 | VII | 1134-37 | IX. 1. | | AP, p. 127 | IB#5, p. 1 | FS | |
| | VII | 1157 | IX. 1. | | AP, p. 127 | IB#5, p. 1 | | |
| | VII | 1157-60 | IX. 1. | | IB#5, p. 1 | | | |
| | VII | 1171 | (Facts) | | IB#1, p. 9 | | | |
| | VII | 1187 | II. 3. | | AP, p. 71 | | | |
| | VII | 1199 | VIII | | FS | | | |

AP: Amended Petition
IB: Incremental Brief
FS: Further Support

| Volume | Page(s) | Claim(s) Involved | | | Cited at: | | | |
|---|---|---|---|---|---|---|---|---|
| VII | 1200 | III. 3. | | | FS | | | |
| VII | 1202 | I. 1.B. | | | FS | | | |
| VII | 1205 | I. 9. | | | AP, p. 48 | IB#3, p. 34 | | |
| VII | 1207 | V. 2. | | | FS | | | |
| VII | 1218 | I. 12. | | | FS | IB#3, p.58 | | |
| VII | 1219 | V. 1. | V. 2. | | FS | | | |
| ~~VII~~ | ~~1394~~ | ~~I. 11.~~ | | | ~~IB#3, p. 50~~ | (See Trial Transcript, Vol. VII, post) | | |
| Trial Transcript | | | | | | | | |
| 2·14·96 I | 8-9 | III. 2. | III. 3. | | IB#3, p. 97 | FS | | |
| I | 20 | V. 2. | V. 8. | | AP, p. 102 | IB#1, p. 9 | FS | |
| I | 24 | V. 4. | | | AP, p. 97 | IB#4, p. 18 | | |
| I | 25 | V. 2. | | | AP, p. 94 | IB#1, p. 7 | | |
| I | 40-41 | I. 12. | | | FS | | | |
| I | 47 | V. 1. | | | FS | | | |
| I | 52 | V. 1. | | | AP, p. 90 | IB#1, p. 6 | IB#4, p. 9 | |
| I | 62-63 | I. 12. | | | IB#3, p. 58 | FS | | |
| I | 76 | II. 3. | | | AP, p. 71 | | | |
| I | 93 | V. 1. | | | AP, p. 90 | IB#1, p. 6 | | |
| I | 96-120 | I.1.B. | | | IB#2, p. 5 | | | |
| I | 105-07 | III. 2. | | | FS | | | |
| I | 106 | III. 2. | | | IB#3, p. 94 | | | |
| I | 122 | X | | | FS | | | |
| I | 124 | I. 1.B. | I. 8. | I. 9.A. | AP, p. 49 | IB#2, p. 41 | FS | |
| I | 142-44 | I. 1.B. | I. 2. | I. 12. | FS | | | |
| I | 190 | I. 1.B. | I. 5. | | AP, p. 12 | IB#1, p. 3 | IB#2, 5, 7 | FS |
| I | 190-213 | I. 1.B. | | | IB#2, p. 7 | | | |
| I | 216-235 | I. 5. | | | FS | | | |
| I | 217-18 | I. 5. | | | AP, p. 40 | IB#1, p. 4 | | |
| I | 217-18 | I. 1.B. | | | AP, pp. 12 | IB#1, p. 3 | | |
| I | 219-21 | I. 1.B. | | | AP, p. 12 | IB#1, p. 3 | | |
| I | 220-21 | I. 5. | | | AP, p. 40 | IB#1, p. 4 | | |
| I | 226-28 | I. 1.B. | | | AP, p. 12 | IB#1, p. 3 | | |
| I | 227 | I. 5 | | | AP, p. 40 | IB#1, p. 4 | | |
| I | 229 | I. 1.B. | | | AP, p. 12 | IB#1, p. 4 | | |
| I | 233-34 | I. 1.B. | | | AP, p. 12 | IB#1, p. 3 | | |
| I | 235 | I. 1.B. | | | IB#2, p. 6 | | | |
| I | 256-57 | I. 1.B. | I. 5. | | IB#2, p. 7 | FS | | |
| I | 262 | I. 1.B. | | | AP, p. 12 | IB#1, 3, 20 | | |
| 2·16·96 II | 268 | I. 5. | | | FS | | | |
| II | 269 | I. 1.B. | | | FS | | | |
| II | 270-71 | I. 5. | | | AP, p. 38 | | | |
| II | 272 | IX. 3. | | | FS | | | |
| II | 275-76 | I. 1.B. | I. 6. | I. 8. | AP, p. 43 | IB#2, p. 31 | FS | |
| II | 279 | I. 1.A. | | | FS | | | |
| II | 281-88 | I. 1.A. | I. 1.B | | IB#1, p. 46 | FS | | |
| II | 282 | I. 1.B. | | | AP, 26 | IB#1, p. 39 | IB#2, p. 31 | |
| II | 283 | I. 1.A. | I. 1.B | | AP, 10, 15 | IB#2, p. 31 | | |
| II | 286-87 | I. 1.B. | | | AP, 13, 15 | IB#2, p. 48 | | |
| II | 288-89 | I. 1.A. | I. 1.B | | AP, p. 2 | IB#1, p. 15 | | |
| II | 289 | I. 5. | | | AP, p. 38 | | | |
| II | 294 | I. 1.A. | | | AP, p. 2 | | | |

AP: Amended Petition
IB: Incremental Brief
FS: Further Support

| | Volume | Page(s) | Claim(s)Involved | | | Cited at: | | | |
|---|---|---|---|---|---|---|---|---|---|
| | II | 303-04 | I. 1.B | I. 6. | | AP, p. 43 | IB#2, p. 31 | | |
| | II | 305 | I. 6. | | | AP, p. 44 | | | |
| | II | 309-10 | IX. 1. | | | AP, p. 127 | IB#5, p. 1 | | |
| | II | 333 | I. 1.A. | I. 1.B. | | AP, p. 24 | IB#!, p. 90 | IB#2, p. 37 | |
| | II | 337-38 | I. 1.B. | | | FS | | | |
| | II | 340 | I. 1.A. | I. 1.B. | | AP, p. 24 | FS | | |
| | II | 357-58 | I. 1.A. | | | FS | | | |
| | II | 361 | I. 1.A. | | | FS | | | |
| | II | 369 | I. 1.A. | | | AP, p. 3 | | | |
| | II | 380-81 | I. 1.A. | | | AP, p. 3 | | | |
| | II | 389 | I. 1.A. | | | FS | | | |
| | II | 390-91 | I. 1.A. | | | AP, 10, 15 | | | |
| | II | 397 | IX. 1. | [redacted]. | | AP, p. 127 | IB#5, p. 1 | | |
| | II | 402 | I. 1.A. | I. 8. | | AP, p. 47 | IB#1, p. 70 | IB#3, p. 33 | |
| | II | 402 | I. 11.. | | | AP, p. 59 | | | |
| | II | 404-05 | I. 1.A. | I. 1.B. | | AP, 10, 16 | IB#1, p. 70 | IB#2, 58 | |
| | II | 412-16 | I. 1.B. | I. 2. | | AP, p. 21 | IB#2,p. 36 | FS | |
| | II | 415 | I. 1.B. | | | AP, p. 23 | IB#1, p. 2 | | |
| | II | 420 | I. 1.B. | I. 2. | | FS | | | |
| | II | 430 | I. 1.B. | I. 2.B. | | FS | | | |
| | II | 436-41 | I. 1.B. | I. 2. | | AP, p. 23 | IB#1, p. 2 | IB#3, p. 13 | FS |
| | II | 438 | I. 1.B. | | | AP, p. 21 | IB#2, p. 36 | | |
| | II | 439-40 | I. 1.B. | | | AP, p. 25 | IB#1, p. 2 | IB#2, p. 78 | |
| | II | 440 | I. 1.B. | | | AP, p. 21 | | | |
| | II | 447-48 | I. 1.B. | | | AP, p. 12 | IB#1, 3, 20 | IB#2, 4, 19 | |
| | II | 453 | I. 1.B. | | | IB#2, p. 27 | | | |
| | II | 454 | I. 1.B. | | | AP, 18, 26 | IB#2,44,49 | | |
| 2·20·96 | III | 472 | [redacted] I.1.B. | [redacted] | | IB#2, p. 5 | | | |
| | III | 483-84 | [redacted] Facts | I. 2. | | IB#1, p. 2 | IB#3, p. 14 | | |
| | III | 486 | I. 1.B. | I. 2. | | AP, p. 23 | IB#1, 2-3 | IB#3, p. 14 | |
| | III | 493 | [redacted] I.1.B | [redacted] | | AP. P. 21 | IB#2, p. 36 | | |
| | III | 528-32 | [redacted]. I.2. | IV. | | AP, p. 89 | IB#3, p. 14 | IB#4, p. 1 | |
| | III | 533 | [redacted] V.5. | | | AP. P. 99 | | | |
| | III | 535-45 | [redacted]. Facts | | | IB#1, p. 4 | | | |
| | III | 543 | [redacted]. III. 7. | | | AP. P. 87 | IB#1, p. 4 | IB#2, p. 14 | IB#3109 |
| | IIII | 562 | [redacted]. I. 11. | | | FS | | | |
| | III | 564-66 | [redacted]. I. 5. | | | FS | | | |
| | III | 567 | I. 11. | | | AP, p. 57 | IB#3, p. 50 | | |
| | III | 569-71 | I. 7. | | | AP, p. 46 | | | |
| | III | 587 | I. 1.B. | | | IB#2, p. 14 | | | |
| | III | 588 | III. 1 | | | AP, p. 77 | IB#3, p. 88 | | |
| | III | 661 | II. 4. | | | AP, p. 72 | | | |
| | III | 668 | II. 2. | II. 3. | | FS | | | |
| 2·21·96 | IV | 691 | Facts | | | IB#1, p. 4 | | | |
| | IV | 699 | I. 1. B | | | AP, p. 21 | IB#2, p. 36 | | |
| | IV | 701 | I. I. B | I. 2. | | AP, 16, 21 | IB#1, p. 6 | IB#2, pp. 36, 65 | IB#3, p. 11 |
| | IV | 701-2 | I. 2. | | | IB#3, p. 12 | | | |
| | IV | 704 | I. 1.B. | | | [redacted] | AP, p. 24 | | |
| | IV | 705-6 | Facts | | | [redacted] | IB#1, p. 1 | | |
| | IV | 708 | Facts | | | IB#1. p. 1. | | | |
| | IV | 703 | V. 7. | | | IB#4, p 23 | | | |

AP: Amended Petition
IB: Incremental Brief
FS: Further Support

| Volume | Page(s) | Claim(s) Involved | | | Cited at: | | | |
|---|---|---|---|---|---|---|---|---|
| IV | 710-11 | Facts | | | IB#1, p. 4 | | | |
| IV | 712-14 | Facts | | | IB#1, p. 1 | | | |
| IV | 720 | V. 1. | | | AP, p. 90 | IB#1, p. 6 | | |
| IV | 741 | I. 1.B. | | | AP, p. 21 | | | |
| IV | 743 | I. 1.B. | I. 2. | | AP, p. 21 | IB#1, p. 6 | IB#2, 36 | |
| IV | 747 | I. 1.B. | | | AP, p. 19 | | | |
| IV | 747-65 | I. 2. | | | IB#3 p 12 | | | |
| IV | 749 | I. 1.A | I. 1.B. | | AP, p. 19 | IB#1,. 65 | | |
| IV | 749-50 | Facts | I. 2. | | IB#1, p. 1 | IB#3 p 11 | | |
| IV | 754 | IX. 1. | | | FS | | | |
| IV | 755-58 | I. 1.A | I. 1.B. | | AP, p. 19 | IB#1,. 65 | | |
| IV | 757 | I. 2. | | | IB#3 p 12 | | | |
| IV | 760 | I. 1.A | I. 1.B. | I. 2. | AP, p. 19 | IB#1, 65 | IB#310-12 | |
| IV | 769 | Facts | | | IB#1, p. 1 | | | |
| IV | 774-75 | II. 1. | | | AP, p. 67 | | | |
| IV | 795-96 | I. 1.B. | | | AP, p. 22 | IB#2, 36 | | |
| IV | 796 | IX. 1 | | | AP, p.127 | IB#5, p. 1 | | |
| IV | 799-800 | I. 3. | | | AP, p. 33 | IB#3, 17 | | |
| IV | 801 | I. 3. | | | AP, p. 34 | IB#3, 17 | | |
| IV | 806 | III. 3. | | | AP, p. 80 | IB#3, 96 | | |
| IV | 813-14 | I. 3. | | | AP, p. 34 | IB#3, 18 | | |
| IV | 816 | III.3. | | | AP, p. 80 | IB#3, 96 | | |
| IV | 817-23 | II. 2. | | | FS | | | |
| IV | 819 | II. 2. | | | AP, p. 69 | | | |
| IV | 821 | II. 2. | | | AP, p. 69 | | | |
| IV | 828-30 | II. 2. | | | AP, p. 69 | | | |
| unnumb. | 7-8 | V. 9 | | | AP, 104 | | | |
| unnumb. | 45 | III. 5. | | | AP, p. 83 | IB#3, p. 1 | | |
| unnumb. | 51-52 | III. 6. | | | AP, p. 86 | | | |
| unnumb. | 57 | III. 6. | | | AP, p. 86 | | | |
| unnumb. | 57-58 | IX. 1. | | | AP, 127 | IB#5, p. 1 | | |
| unnumb. | 59 | III. 6. | | | AP, p. 86 | | | |
| unnumb. | 64-65 | III. 6. | | | AP, p. 86 | | | |
| unnumb. | 70-71 | VIII | | | AP, 118 | | | |
| unnumb. | 78 | IX. 1. | | | FS | | | |
| unnumb. | 81 | III. 2. | VIII | | FS | | | |
| unnumb. | 89 | I. 12. | | | AP, p. 61 | IB#3, 60 | | |
| unnumb. | 94-95 | V. 9. | | | AP, 105 | | | |
| unnumb. | 111 | I. 1.B. | | | AP, p. 21 | | | |
| unnumb. | 113 | I. 1.B. | | | AP, p. 21 | | | |
| unnumb. | 130 | V. 8. | | | AP, 103 | | | |
| unnumb. | 133 | Facts | | | IB#1, 2-3 | | | |
| unnumb. | 135-36 | I. 1.B. | | | IB#2, 20 | | | |
| unnumb. | 136 | I. 12. | VIII | | AP, p. 62 | IB#3, 58 | FS | |
| V | 881-82 | I. 1.A. | | | FS | | | |
| V | 886-87 | I. 12. | | | FS | | | |
| V | 890-92 | I. 12. | | | AP, p. 62 | IB#3 58 | | |
| V | 893 | II. 1. | | | AP, p. 66 | IB#3 73 | | |
| V | 893-94 | II. 2. | II. 3. | | FS | | | |
| V | 897 | III. 3. | | | AP, p. 80 | IB#3 96 | | |

AP: Amended Petition
IB: Incremental Brief
FS: Further Support

| Volume | Page(s) | Claim(s) Involved | | | Cited at: | | | |
|---|---|---|---|---|---|---|---|---|
| V | 900 | II. 1. | | | AP, p. 65 | IB#3 73 | | |
| V | 901-02 | II. 1. | | | AP, p. 66 | IB#3 73 | | |
| V | 911 | II. 1. | | | AP, p. 65 | IB#3 72 | | |
| V | 911-14 | II. 1. | | | AP, p. 66 | IB#3 73 | | |
| V | 914-922 | II. 1. | | | FS | | | |
| V | 935-49 | II. 1. | | | AP, 65-6 | IB#3 73 | | |
| V | 943-49 | II. 1. | | | AP, p. 66 | IB#3 73 | | |
| V | 950 | III. 2. | | | AP, p. 78 | | | |
| V | 959 | V. 1. | V. 2. | | FS | | | |
| V | 977 | II. 1. | | | FS | | | |
| V | 979 | I. 1.B. | I. 2. | | FS | | | |
| V | 979 | IX. 3. | | | IB#5, 25 | | | |
| V | 989-1000 | III. 3. | | | AP, p. 80 | IB#3 96 | | |
| V | 1017-18 | VI | | | FS | | | |
| V | 1033 | VI | | | FS | | | |
| V | 1061-62 | I. 1.B. | I. 2. | | AP, p. 17 | IB#1 1, 5 | | |
| V | 1063 | I. 1.B. | I. 2. | | FS | | | |
| V | 1077 | I. 1.B. | | | AP, p. 18 | | | |
| V | 1083-88 | I. 1.B. | I. 2. | | AP, p. 17 | IB#1 p. 1 | IB#2 61,71 | IB#3 10 |
| V | 1087-88 | I. 1.A. | | | IB#1 65 | | | |
| V | 1090 | I. 1.B. | I. 2. | | AP, p. 17 | IB#1 p. 1 | IB#2 p.61 | IB#3 10 |
| V | 1103-04 | I. 9. | | | FS | | | |
| VI | 1111 | V. 9. | | | AP, 105 | | | |
| VI | 1116 | I. 1.B. | I. 10. | | IB#2, 20 | FS | | |
| VI | 1118-20 | V. 9. | | | AP, 105 | | | |
| VI | 1146 | V. 9. | | | AP, 105 | | | |
| VI | 1146-49 | Facts | | | IB#1, p. 8 | | | |
| VI | 1147 | V. 2. | | | FS | | | |
| VI | 1149 | V. 2. | V. 3. | | AP, 96 | IB#1 p. 8 | FS | |
| VI | 1152-55 | I. 1.B. | I. 2. | | AP, p. 17 | IB#2 p.61 | | |
| VI | 1152-56 | Facts | | | IB#1, p. 1 | | | |
| VI | 1161 | I. 1.B. | I. 2. | | AP, p. 17 | IB#3 p.10 | | |
| VI | 1170 | Facts | | | IB#1, p. 1 | | | |
| VI | 1177 | V. 8. | | | FS | | | |
| VI | 1180 | Facts | | | IB#1, p. 1 | | | |
| VI | 1193 | I. 1.B. | | | AP, p. 20 | IB#1, 4-5 | | |
| VI | 1196-98 | Facts | | | IB#1, p. 1 | | | |
| VI | 1200 | III. 3. | | | AP, 81 | IB#3 p.96 | | |
| VI | 1215 | Facts | | | IB#1, p. 1 | | | |
| VI | 1221-23 | Facts | | | IB#1, p. 1 | | | |
| VI | 1225 | Facts | | | IB#1, p. 5 | | | |
| VI | 1225-26 | Facts | | | IB#1, p. 1 | | | |
| VI | 1236-38 | Facts | | | IB#1, p. 1 | | | |
| VI | 1239 | IX. 1. | | | FS | | | |
| VI | 1239 | IX. 1. | | | AP, 127 | IB#5, p.1 | | |
| VI | 1258 | Facts | | | IB#1, p. 5 | | | |
| VI | 1265-67 | Facts | | | IB#1, p. 7 | | | |
| VI | 1268 | I. 12. | | | FS | | | |
| VI | 1269-70 | V. 2. | | | AP, 95 | IB#1, p. 8 | | |
| VI | 1287-94 | VIII | | | AP, 122 | IB#4, 56 | | |
| VII | 1298-99 | I. 1.B. | I. 2. | IX. 1. | AP, 127 | IB#5, p.1 | FS | |

AP: Amended Petition
IB: Incremental Brief
FS: Further Support

| | Volume | Page(s) | Claim(s) Involved | | | Cited at: | | | |
|---|---|---|---|---|---|---|---|---|---|
| | VII | 1306-07 | I. 1.B. | I. 2. | IX. 1. | AP, 127 | IB#5, p.1 | FS | |
| | VII | 1321 | IX. 1. | | | AP, 127 | IB#5, p.1 | | |
| | VII | 1322 | I. 1.B. | I. 2. | | [redacted] | FS | | |
| | VII | 1342 | I. 1.B. | I. 9. | I. 10. | IB#2,6,20 | IB#3, 50 | FS | |
| | VII | 1356 | I. 11. | | | AP, p. 58 | IB#3, 50 | | |
| | VII | 1378-79 | III. 3. | | | FS | | | |
| | VII | 1394 | I. 9. | | | AP, p. 48 | | | |
| | VII | 1394 | I. 11. | | | AP, p. 58 | IB#3, p.50 | | |
| 2.29.96 | VIII | 1429-30 | V. 2. | | | FS | | | |
| | VIII | 1432 | I. 11.. | | | AP, p. 58 | | | |
| | VIII | 1440-44 | I. 1.B. | I. 2. | | AP, p. 16 | IB#2, 62 | IB#3, 12 | IB#4, 55 |
| | VIII | 1454-58 | I. 1.B. | I. 2. | | AP, 16,22 | IB#2, 62 | | |
| | VIII | 1462-63 | Facts | | | IB#1, p. 1 | | | |
| | VIII | 1463-72 | I. 1.A. | | | IB#1, 79 | | | |
| | VIII | 1473-80 | I. 1.B. | I. 2. | | AP, p. 22 | IB#2, 36 | FS | |
| | VIII | 1481 | I. 1.B. | I. 2. | | FS | | | |
| | VIII | 1513-16 | III. 2. | VIII | | AP, 118 | IB#3, 93 | IB#4, 52 | |
| | VIII | 1513-16 | III. 2. | | | AP, p. 79 | | | |
| | VIII | 1518-19 | Facts | | | IB#1, p. 1 | | | |
| | VIII | 1537 | Facts | | | IB#1, p. 1 | | | |
| | VIII | 1554 | Facts | | | IB#1, p. 1 | | | |
| | VIII | 1563 | Facts | | | IB#1,1,15 | | | |
| 3.1.96 | IX | 1619-22 | Facts | | | IB#1, p. 1 | | | |
| | IX | 1624 | Facts | | | IB#1, p. 1 | | | |
| | IX | 1632 | Facts | | | IB#1, 1, 5 | | | |
| | IX | 1634 | Facts | | | IB#1, p. 5 | | | |
| | IX | 1634-35 | Facts | | | IB#1, p. 1 | | | |
| | IX | 1635 | Facts | | | IB#1, p. 5 | | | |
| | IX | 1637-42 | Facts | | | IB#1, 5-6 | | | |
| | IX | 1653 | Facts | | | IB#1, p. 6 | | | |
| | IX | 1657 | V. 2. | | | FS | | | |
| | IX | 1666 | Facts | | | IB#1, 1, 6 | | | |
| | IX | 1681 | II. 4. | | | AP, p. 72 | IB#3,85-6 | | |
| | IX | 1682 | III. 4. | | | AP, p. 82 | IB#3, 97 | | |
| | IX | 1683 | II. 4. | | | AP, p. 74 | IB#3, 86 | | |
| | IX | 1717 | I. 9. | | | AP, p. 48 | | | |
| | IX | 1744 | III. 3. | | | FS | | | |
| | IX | 1749-66 | I. 1.B. | I. 10. | | IB#2, p. 6 | FS | | |
| | IX | 1750 | I. 4. | | | AP, p. 35 | | | |
| | IX | 1752-53 | I. 4. | | | AP,p.36-7 | IB#3,p.23 | | |
| | IX | 1754-61 | I. 4. | | | AP,p.36-7 | IB#3,22-4 | | |
| | IX | 1762 | I. 4. | | | AP, p. 37 | IB#3,p.20 | | |
| | IX | 1785-93 | V. 3. | | | FS | | | |
| | IX | 1796-98 | Facts | | | IB#1, p. 8 | | | |
| | IX | 1828 | I. 9. | | | AP, p. 48 | | | |
| | IX | 1831 | I. 9. | | | AP, p. 48 | | | |
| | X | 1834-35 | VIII | | | AP, 124 | IB#4,p.57 | | |
| 3.4.96 | X | 1838 | VIII | | | AP, 122 | IB#4,p.56 | | |
| | X | 1840 | VIII | | | AP, 123 | IB#4,p.56 | | |
| | X | 1841 | II. 1. | | | FS | | | |
| | X | 1841 | X. | | | FS | | | |

AP: Amended Petition
IB: Incremental Brief
FS: Further Support

| Volume | Page(s) | Claim(s) Involved | | | Cited at: | | | |
|---|---|---|---|---|---|---|---|---|
| X | 1842 | VIII | | | AP, p.121 | FB#4, p.55 | | |
| X | 1843 | VIII | | | FS | | | |
| X | 1843 | I. 9. | | | FS | | | |
| X | 1847-48 | I. 1.B. | | | FS | | | |
| X | 1849-50 | III. 1 | | | AP, p.77 | IB#3, 90 | IB#4, 55 | |
| X | 1849-50 | VIII | | | AP, p.121 | | | |
| X | 1852-57 | VIII | | | FS | | | |
| X | 1854 | III. 3. | | | AP, p.81 | IB#3, 96 | | |
| X | 1856 | II. 1. | | | FS | | | |
| X | 1857-58 | VIII | | | AP, p.124 | IB#4, 57 | | |
| X | 1858-59 | VIII | | | AP, p.122 | IB#4, 55 | | |
| X | 1860 | VIII | | | FS | | | |
| X | 1861 | III. 2. | | | AP, p.79 | IB#3, 95 | IB#4, 59 | |
| X | 1861 | VIII | | | AP, p.125 | | | |
| X | 1862 | VIII | | | FS | | | |
| X | 1865 | VIII | | | AP, p.124 | IB#4, 57 | | |
| X | 1866 | VIII | | | AP, p.125 | IB#4, 59 | | |
| X | 1866 | III. 2. | | | AP, p.79 | | | |
| X | 1868 | III. 6. | | | FS | | | |
| X | 1869 | VIII | | | FS | | | |
| X | 1937 | III. 6. | | | FS | | | |
| X | 1942-43 | I. 2. | I. 4. | | FS | | | |
| X | 1944 | X | | | FS | | | |
| X | 1950 | IX. 3. | | | FS | | | |
| **March 5, 1996 Transcript** | | | | | | | | |
| ---- | 2-12 | III. 5. | | | AP, p. 84 | | | |
| ---- | 5 | IX. 2. | | | AP, p.129 | | | |
| ---- | 7-8 | IX. 2. | | | AP, p.129 | | | |
| ---- | 13 | IX. 3. | | | AP, p.134 | | | |
| ---- | 15 | IX. 2. | | | AP, p.130 | | | |
| ---- | 19-21 | IX. 3. | | | AP, 133-4 | IB#5,10-1 | | |
| ---- | 21-22 | IX. 3. | | | AP, p.137 | IB#5,p.11 | | |
| ---- | 23 | IX. 3. | | | AP, p.134 | IB#5,p.10 | | |
| ---- | 24 | IX. 3. | | | IB#5,11-2 | | | |
| ---- | 24-30 | IX. 3. | | | AP, 134-7 | | | |
| ---- | 25 | IX. 2. | IX. 3. | | AP, p.131 | IB#5,10,19 | | |
| ---- | 26-28 | IX. 3. | | | IB#5,10-2 | | | |
| ---- | 27 | IX. 3. | | | IB#5,p.11 | | | |
| ---- | 29 | IX. 2. | | | AP, p.129 | | | |
| ---- | 30-31 | IX. 2. | IX. 3. | | AP, p.131 | IB#5,10-1 | | |
| ---- | 31 | IX. 3. | | | AP, p.137 | | | |
| ---- | 31 | IX. 3. | | | AP, p.135 | IB#5,p.11 | | |
| ---- | 32-33 | IX. 3. | | | AP, 134-5 | IB#5,10-2 | | |
| ---- | 33-35 | IX. 3. | | | IB#5,p.15 | | | |
| ---- | 34-37 | IX. 3. | | | AP, 136-7 | | | |
| ---- | 35 | IX. 3. | | | IB#5,p.12 | | | |
| ---- | 38 | IX. 3. | | | AP, p.135 | | | |
| **"Polling" March 6, 1996 Transcript** | | | | | | | | |
| ---- | 2-6 | IX. 2. | IX. 3. | | AP, 128-9 | FS | | |
| ---- | 3-8 | IX. 2. | IX. 3. | | AP,132-3 | IB#5,p.5 | | |

AP: Amended Petition
IB: Incremental Brief
FS: Further Support

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ---- | 5 | IX. 3. | | | IB#5, p. 7 | | | |
| ---- | 10-13 | IX. 2. | | | AP, 130-31 | IB#5, p. 4 | FS | |
| ---- | 15 | IX. 2. | | | IB#5, p. 4 | | | |
| ---- | 19-21 | I. 6. | | | FS | | | |
| ---- | 21 | III. 6. | | | AP, p. 86 | | | |
| ---- | 32-33 | IX. 1. | | | AP, p. 127 | FS | | |
| ---- | 39 | III. 6. | | | AP, p. 86 | | | |
| ---- | 39-41 | I. 6. | | | FS | | | |
| ---- | 41 | III. 6. | | | AP, p. 86 | | | |
| **Original Sentencing, May 13, 1996 Transcript** | | | | | | | | |
| ---- | 30 | XI. 1. | | | IB#5, p. 29 | | | |
| ---- | 32 | XI. 1. | | | IB#5, p. 31 | | | |
| **Hearing – Motion for Re-sentencing, May 27, 1998 Transcript** | | | | | | | | |
| ---- | 14-18 | XI. 6. | | | IB#5, p. 44 | | | |
| **Re-sentencing, August 4, 1998 Transcript** | | | | | | | | |
| ---- | 17-18 | XI. 9. | | | AP, p. 163 | | | |
| ---- | 33 | XI. 10 | | | AP, p. 164 | | | |
| ---- | 35 | XI. 5. | | | AP, p. 154 | | | |

(Attachment of E to Amended Petition)

AP: Amended Petition
IB: Incremental Brief
FS: Further Support

Stephen Danforth
970 Pickett St., N. - 147636
Bayport, MN 55003-1490

RECEIVED
04 JUL 28 PM 3:16
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

July 23, 2004

Mr. Francis E. Dosal,
Clerk of Court
United States District Court
700 Federal Building
316 N. Robert Street
St. Paul, MN 55101-1460

Copies to JRT

RE: United States, ex rel Stephen Danforth v. David Crist, et al, No. 01-2137 (JRT/RLE): Petitioner's Appendix of Transcript Excerpts, in connection with Motion for Reconsideration by separate cover

Dear Mr. Dosal:

I enclose two copies of Petitioner's Appendix of Transcript Excerpts, together with an Affidavit of Service as to same.

Please be advised that this filing is in connection with my forthcoming Petitioner's Motion for Reconsideration of the order dated July 14, 2004, adopting the Report and Recommendation of Magistrate Judge Erickson. That Motion will arrive by separate cover imminently.

Upon arrival of that Motion, please join the enclosed transcript excerpt appendix with said Motion, file both, and bring them to the attention of Judge Tunheim. Thank you.

Sincerely,

Steve Danforth

Stephen Danforth

encl.