**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**United States,** ***ex rel.***
**Stephen Danforth**,

Petitioner,

vs.

**David Crist**, Warden of MCF-Stillwater, and the
**Department of Corrections of**
**the State of Minnesota,**

Respondents.

Civil File No. 01-2137 (JRT/RLE)

**AFFIDAVIT OF SERVICE**

---

State of Minnesota )
) ss.
County of Hennepin )

James L. Wegner, being first duly sworn, on oath deposes and says:

On July 28, 2004, he served a copy of Petitioner's Appendix of Transcript Excerpts upon counsel for Respondents by mailing an envelope containing a copy of same, with First Class postage affixed, addressed as follows:

Asst. Hennepin County Attorney Michael K. Walz
C-2000 Government Center
300 S. Sixth St.
Minneapolis, MN 55487

James L. Wegner

Subscribed and sworn to
before me this 28 day of July, 2004.

Notary Public

JUDY STRAUGHTER
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

SCANNED
AUG 03 2004
U.S. DISTRICT COURT ST. PAUL