Stephen Danforth
970 Pickett St., N. - 147636
Bayport, MN 55003-1490

RECEIVED
BY MAIL
APR 19 2005
CLERK, US DIST. COURT
ST. PAUL, MN

April 17, 2005

Clerk of Court Francis E. Dosal
District Judge John R. Tunheim
United States District Court
316 N. Robert St., Suite 700
St. Paul, MN 55101-1460

RE: United States ex rel. Stephen Danforth v. David Crist, et al, No. 01-2137 (JRT/RLE): Addendum of cite omitted in supporting brief to Petitioner's Motion to Reconsider

Dear Mr. Dosal and Judge Tunheim:

This letter will serve as an addendum to Petitioner's Brief In Support Of Motion To Reconsider, Under Crawford v. Washington, filed yesterday. Please note that I file this letter in four originals, and that I have served counsel for Respondents a copy hereof, as indicated below.

This addendum serves one purpose only: to provide one cite inadvertently omitted from that brief. The crucial factual significance of this citation requires this next-day addendum.

On Page 10 of said Brief, line 6 (after: "...content cannot sustain Petitioner's conviction."), please insert: "Trial Transcript, Vol. V., p. 979." This page appears in the previously filed Petitioner's Appendix of Transcript Excerpts. For the Court's convenience, the passage of the trial court's bench order referred to at that location states:

"...."I have decided, Mr. Danforth, that there will only be one out-of-court statement of [complainant] will be allowed for substantive evidence. And that's the CornerHouse video. So they may not convict you... respecting any other issue than those acts identified on the CornerHouse video."

This is crucial, since, as the very next sentence of my brief pointed out, complainant's statements to his mother and to Off. Castilleja indicated only different acts than those in the CornerHouse video, and denied that any further acts (i.e., those in the CornerHouse video) had occurred.

Thank you for adding this cite to my Brief, via attachment of this addendum letter.

Sincerely,

Steve Danforth

Stephen Danforth, J.D.

## Declaration of Service

Stephen Danforth, as an incarcerated person, hereby declares, under penalty of perjury, that he served a copy of this letter upon dual counsel for Respondent, Asst. Attorney General Thomas Ragatz, and Asst. County Attorney Michael K. Walz, at addresses used for service of the brief to which this letter is an addendum, by use of outgoing institutional mail at MCF-Stillwater, Bayport, MN, on the date below.

Dated; April 17, 2005.

Stephen Danforth

**NOTICE:** Mailed from a MN Correctional Facility
Name: Stephen Danforth
OID#: 147636
Address: 970 Pickett St., N.
City/State/Zip: Bayport, MN 55003-1490

Minnesota Correctional Facility – Stillwater

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $ 00.60⁰
0004378506 APR 18 2005
MAILED FROM ZIP CODE 55003

LEGAL MAIL

Clerk of Court
United States District Court
316 N. Robert St., Suite 700
St. Paul, MN 55101-1460

RECEIVED
BY MAIL
APR 19 2005
CLERK, US DIST. COURT
ST. PAUL, MN

55101+1460 06