UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-2137

Stephen Danforth,
Petitioner,
vs.

David Crist, Warden of MCF-Stillwater, and the Department of Corrections of the State of Minnesota,
Respondent.

**STATE'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

TO: THE HONORABLE JOHN R. TUNHEIM, UNITED STATES JUDGE.

Respondent respectfully moves this Court to deny Petitioner's Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 on the grounds that Crawford v. Washington is not retroactive. The State also asserts an evidentiary hearing is unnecessary.

The supporting reasons for this response are set forth in the attached Memorandum.

DATED: May 17, 2005

Respectfully submitted,

MICHAEL A. HATCH
Minnesota Attorney General

AMY KLOBUCHAR
Hennepin County Attorney

s/ Michael K. Walz
By: Michael K. Walz (#114340)
Assistant Hennepin County Attorney
Telephone: (612) 348-3115
C-2000 Government Center
Minneapolis, MN 55487
ATTORNEYS FOR RESPONDENT