UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE
Re: Stephen Danforth, Civil No. 01-2137

I hereby certify that on May 17, 2005, I caused the following documents:

State's Answer to Petition for Writ of Habeas Corpus
State's Memorandum

to be filed electronically with the Clerk of Court through ECF.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following:

Honorable John R. Tunheim
U.S. District Court Judge
Room 13E
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Stephen Danforth
MCFacility-Stillwater
970 Pickett Street
Bayport, Minnesota 55003-1490

Date: May 17, 2005

s/ Michael K. Walz
MICHAEL K. WALZ
Attorney License # 114340