United States District Court

District of Minnesota

RECEIVED
BY MAIL
MAY 3 1 2005
CLERK, US DIST. COURT
ST. PAUL, MN

United States, ex rel.
Stephen Danforth,

Petitioner,

vs.

David Crist, et al,

Respondents.

Civil File No. 01-2137 (JRT/RLE)

DECLARATION OF SERVICE

Stephen Danforth, as an incarcerated individual, and in the absence of immediately available notary public service, hereby declares upon penalty of perjury that the following is true and correct: his letter to District Court of this date, and of

On May 26, 2005, he served a copy of Petitioner's Reply Brief Under Crawford v. Washington upon each of the counsel for Respondent by placing same in each of two envelopes, addressed as below, and depositing same in the outgoing mail at Affiant's place of incarceration, for prepaid mailing via First Class mail.

Attorney General Michael Hatch
1400 NCL Tower
445 Minnesota St.
St. Paul, MN 55101

Hennepin County Attorney Amy Klobuchar
C-2000 Government Center
300 S. Sixth St.
Minneapolis, MN 55487

Dated: May 26, 2005

Stephen Danforth

SCANNED
MAY 3 1 2005
U.S. DISTRICT COURT ST. PAUL