RECEIVED
BY MAIL
SEP 22 2005
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States, ex rel.
Stephen Danforth,

Petitioner,

vs.

David Crist, Warden of MCF-Stillwater, and the Department of Corrections of the State of Minnesota,

Respondents.

Civil File No. 01-2137 (JRT/RLE)

NOTICE OF APPEAL

Notice is hereby given that Stephen Danforth, Petitioner in the above-entitled 28 U.S.C. §2254 habeas corpus proceeding, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the whole of the Memorandum and Order Adopting Report and Recommendation of Magistrate Judge, dated July 14, 2004, per District Judge John R. Tunheim, and from the whole of the final Judgment entered on July 15, 2004, based upon said Order, and from the whole of the Order dated and filed on August 26, 2005, save only that portion granting a certificate of appealability as to retroactive application of Crawford v. Washington.

Dated: September 20, 2005.

Steve Danforth
Stephen Danforth,
Petitioner, pro se
970 Pickett St., N. - 147636
Bayport, MN 55003-1490
Telephone: (651) 779-2700

SCANNED
SEP 22 2005
U.S. DISTRICT COURT ST. PAUL