CV 012137 JRT/RLE

NOTICE: Mailed from a MN CORRECTIONAL FACILITY
Name: Stephen Danforth
OID#: 147636
Address: 970 Pickett St. N.
City/State/Zip: Bayport, MN 55003-1490

Minnesota Correctional Facility – Stillwater

PITNEY BOWES
02 1A $ 01.29⁰
0004378506 SEP 21 2005
MAILED FROM ZIP CODE 55003

Legal Mail

**FIRST CLASS MAIL**

RECEIVED
BY MAIL
SEP 22 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Clerk of Court
United States District Court
700 Federal Building
316 N. Robert St.
St. Paul, MN 55101-1460

SCANNED
SEP 22 2005
U.S. DISTRICT COURT ST. PAUL
XS