United States District Court

District of Minnesota

---

United States, ex rel.
Stephen Danforth,

Petitioner,

vs.

David Crist, and Minnesota
Department of Corrections,

Respondents.

Civil File No. 01-2137 (JRT/RLE)

**Motion for In Forma Pauperis Appeal Status**

---

Stephen Danforth, Petitioner herein, hereby moves, pursuant to Rule 24 of the Federal Rules of Appellate Procedure, for permission to appeal from the final Order and Judgment herein to the Court of Appeals for the Eighth Circuit in forma pauperis.

In support of this motion, Petitioner states that, because of poverty, he cannot prepay the docket and other fees of this projected appeal, but that he believes he is entitled to redress in said appeal. In support of the first assertion in the last previous sentence, Petitioner appends hereto his Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis. In support of the second proposition in said sentence, Petitioner notes that this Court has granted a certificate of appealability on the issue of retroactivity of Crawford v. Washington, indicating the judicial debatability of that issue.

Dated: September 20, 2005

Stephen Danforth, Petitioner pro se
970 Pickett St., N. - 147636
Bayport, MN 55003-1490
Telephone: (651) 779-2700

SCANNED
SEP 2 2 2005
U.S. DISTRICT COURT ST. PAUL

# TRUST ACCOUNT STATEMENT

DOC: 0000147636 Name: DANFORTH, STEPHEN NMN DOB: 05/19/1951
LOCATION: 01-B-E-TIER 3-GALLERY 3 FRONT~360

ACCOUNT BALANCES Total : 385.26 CURRENT: 385.26 HOLD: 0.00

| SUB ACCOUNT | START BALANCE 02/01/2005 | END BALANCE 09/15/2005 |
|---|---|---|
| GATE SAVINGS | 100.00 | 100.00 |
| SPENDING | 154.22 | 285.26 |
| SAVINGS | 0.00 | 0.00 |

DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|
| AVP | AID TO VICTIMS OF CRIME | AVP | UNLIMITED | 339.36 |
| AVPI | AID TO VICTIMS OF CRIME-I | AVPI | UNLIMITED | 18.09 |
| CCPB | COST OF CONFINEMENT BASE | CCPB | UNLIMITED | 247.35 |
| OPOS | POSTAGE-OBLIGATION | 10272000 | 0.00 | 1.79 |
| FTW | FEDERAL TAX WITHHOLDING | FTW | UNLIMITED | 14.00 |
| STW | STATE TAX WITHHOLDING | STW | UNLIMITED | 10.00 |
| FCC | FACILITY COST CONF. | FCC | UNLIMITED | 87.89 |

TRANSACTION DESCRIPTIONS -- GATE SAVINGS SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS -- SPENDING SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 02/03/2005 | CRS | CRS SAL ORD #1547616 | ( 8.23) | 145.99 |
| 02/04/2005 | RCUNI | 10UB/10SW UNI /FUL /Rg:4 0 @1.00 01/29/2005-01/29/2005 | 0.00 | 145.99 |
| 02/04/2005 | RCUNI | 13UB/13SW UNI /FUL /Rg:4 0 @1.00 01/29/2005-01/29/2005 | 0.00 | 145.99 |
| 02/04/2005 | RCUNI | 70UB/70SW UNI /FUL /Rg:4 59.5 @1.00 01/15/2005-01/29/2005 | 59.50 | 205.49 |
| 02/04/2005 | DED | RCUNI-PAY Deduction-AVP-AVP | ( 2.98) | 202.51 |
| 02/17/2005 | S18 | Postage KLOBUCHAR | ( 0.23) | 202.28 |
| 02/17/2005 | S18 | Postage RAGATZ | ( 0.23) | 202.05 |
| 02/17/2005 | S18 | Postage GRITTNER MANILLA | ( 2.44) | 199.61 |
| 02/17/2005 | CRS | CRS SAL ORD #1559565 | ( 10.00) | 189.61 |
| 02/18/2005 | RCUNI | 10UB/10SW UNI /FUL /Rg:4 0 @1.00 02/12/2005-02/12/2005 | 0.00 | 189.61 |
| 02/18/2005 | RCUNI | 13UB/13SW UNI /FUL /Rg:4 0 @1.00 02/12/2005-02/12/2005 | 0.00 | 189.61 |
| 02/18/2005 | RCUNI | 70UB/70SW UNI /FUL /Rg:4 65.25 @1.00 02/12/2005-02/12/2005 | 65.25 | 254.86 |

TRUST ACCOUNT STATEMENT

DOC: 0000147636 Name: DANFORTH, STEPHEN NMN DOB: 05/19/1951
LOCATION: 01-B-E-TIER 3-GALLERY 3 FRONT~360

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 02/18/2005 | DED | RCUNI-PAY Deduction-AVP-AVP | ( 3.26) | 251.60 |
| 02/18/2005 | CDR | JOHN ARMSTRONG | ( 93.59) | 158.01 |
| 02/24/2005 | CRS | CRS SAL ORD #1566018 | ( 11.89) | 146.12 |
| 02/25/2005 | CEC | CEC SAL ORD #1559565 | 0.60 | 146.72 |
| 02/28/2005 | S18 | Postage THATCHER | ( 0.23) | 146.49 |
| 03/01/2005 | S29 | UPS | ( 12.86) | 133.63 |
| 03/01/2005 | S29 | UPS | ( 1.50) | 132.13 |
| 03/01/2005 | S29 | UPS | ( 29.43) | 102.70 |
| 03/01/2005 | S29 | UPS | ( 1.50) | 101.20 |
| 03/03/2005 | S14 | Newspaper - Outside | ( 32.99) | 68.21 |
| 03/04/2005 | RCUNI | 10UB/10SW UNI /FUL /Rg:4 0 @1.00 02/26/2005-02/26/2005 | 0.00 | 68.21 |
| 03/04/2005 | RCUNI | 13UB/13SW UNI /FUL /Rg:4 0 @1.00 02/26/2005-02/26/2005 | 0.00 | 68.21 |
| 03/04/2005 | RCUNI | 70UB/70SW UNI /FUL /Rg:4 28 @1.00 02/26/2005-02/26/2005 | 28.00 | 96.21 |
| 03/04/2005 | DED | RCUNI-PAY Deduction-AVP-AVP | ( 1.40) | 94.81 |
| 03/07/2005 | S18 | PostageNELSON | ( 0.23) | 94.58 |
| 03/10/2005 | CRS | CRS SAL ORD #1571920 | ( 17.08) | 77.50 |
| 03/16/2005 | CDR | EDWARD R HAMILTON | ( 13.45) | 64.05 |
| 03/18/2005 | RCUNI | 10UB/10SW UNI /FUL /Rg:4 0 @1.00 03/12/2005-03/12/2005 | 0.00 | 64.05 |
| 03/18/2005 | RCUNI | 13UB/13SW UNI /FUL /Rg:4 0 @1.00 03/12/2005-03/12/2005 | 0.00 | 64.05 |
| 03/18/2005 | RCUNI | 70UB/70SW UNI /FUL /Rg:4 56 @1.00 03/12/2005-03/12/2005 | 56.00 | 120.05 |
| 03/18/2005 | DED | RCUNI-PAY Deduction-AVP-AVP | ( 2.80) | 117.25 |
| 03/24/2005 | CRS | CRS SAL ORD #1583879 | ( 9.70) | 107.55 |
| 03/30/2005 | S18 | Postage HEIMERMANN (EXPRESS) MANILLA | ( 13.65) | 93.90 |
| 03/31/2005 | CRS | CRS SAL ORD #1589229 | ( 1.20) | 92.70 |
| 04/01/2005 | INTD | Interest Distribution | 0.50 | 93.20 |
| 04/01/2005 | RCUNI | 10UB/10SW UNI /FUL /Rg:4 0 @1.00 03/26/2005-03/26/2005 | 0.00 | 93.20 |
| 04/01/2005 | RCUNI | 13UB/13SW UNI /FUL /Rg:4 0 @1.00 03/26/2005-03/26/2005 | 0.00 | 93.20 |
| 04/01/2005 | RCUNI | 70UB/70SW UNI /FUL /Rg:4 63 @1.00 03/26/2005-03/26/2005 | 63.00 | 156.20 |
| 04/01/2005 | DED | RCUNI-PAY Deduction-AVP-AVP | ( 3.15) | 153.05 |
| 04/07/2005 | CRS | CRS SAL ORD #1595244 | ( 35.11) | 117.94 |
| 04/11/2005 | S18 | Postage MN INCOME TAX | ( 0.23) | 117.71 |
| 04/14/2005 | CRS | CRS SAL ORD #1601037 | ( 27.24) | 90.47 |
| 04/15/2005 | RCUNI | 10UB/10SW UNI /FUL /Rg:4 0 | 0.00 | 90.47 |

TRUST ACCOUNT STATEMENT

DOC: 0000147636 Name: DANFORTH, STEPHEN NMN DOB: 05/19/1951
LOCATION: 01-B-E-TIER 3-GALLERY 3 FRONT~360

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| | | @1.00 04/09/2005-04/09/2005 | | |
| 04/15/2005 | RCUNI | 13UB/13SW UNI /FUL /Rg:4 0<br>@1.00 04/09/2005-04/09/2005 | 0.00 | 90.47 |
| 04/15/2005 | RCUNI | 70UB/70SW UNI /FUL /Rg:4 65.5<br>@1.00 04/09/2005-04/09/2005 | 65.50 | 155.97 |
| 04/15/2005 | DED | RCUNI-PAY Deduction-AVP-AVP | (3.28) | 152.69 |
| 04/15/2005 | S02 | Copies | (5.25) | 147.44 |
| 04/15/2005 | CDR | FIRE MOUNTAIN GEMS | (15.51) | 131.93 |
| 04/18/2005 | S18 | Postage DISTRICT COURT MANILLA | (3.13) | 128.80 |
| 04/18/2005 | S18 | Postage WALZ MANILLA | (1.06) | 127.74 |
| 04/18/2005 | S18 | Postage ATTORNEY GENERAL MANILLA | (1.06) | 126.68 |
| 04/18/2005 | S18 | Postage COURT | (0.23) | 126.45 |
| 04/18/2005 | CDR | CORPORATE EXPRESS | (23.43) | 103.02 |
| 04/26/2005 | CDR | REV GJ#2838905 CORPORATE EXPRESS | 23.43 | 126.45 |
| 04/28/2005 | RCUNI | 10UB/10SW UNI /FUL /Rg:4 0<br>@1.00 04/23/2005-04/23/2005 | 0.00 | 126.45 |
| 04/28/2005 | RCUNI | 13UB/13SW UNI /FUL /Rg:4 0<br>@1.00 04/23/2005-04/23/2005 | 0.00 | 126.45 |
| 04/28/2005 | RCUNI | 70UB/70SW UNI /FUL /Rg:4 48<br>@1.00 04/23/2005-04/23/2005 | 48.00 | 174.45 |
| 04/28/2005 | DED | RCUNI-PAY Deduction-AVP-AVP | (2.40) | 172.05 |
| 04/28/2005 | S18 | Postage HATCH | (0.23) | 171.82 |
| 04/28/2005 | S18 | Postage KLOBUCHAR | (0.23) | 171.59 |
| 04/28/2005 | S18 | Postage APPELLATE COURT MANILLA | (2.44) | 169.15 |
| 04/28/2005 | CRS | CRS SAL ORD #1612525 | (23.57) | 145.58 |
| 04/28/2005 | CDR | CORPORATE EXPRESS | (23.43) | 122.15 |
| 05/05/2005 | CRS | CRS SAL ORD #1618921 | (17.67) | 104.48 |
| 05/09/2005 | CDR | CORPORATE EXPRESS | (20.45) | 84.03 |
| 05/13/2005 | RCUNI | 10UB/10SW UNI /FUL /Rg:4 0<br>@1.00 05/07/2005-05/07/2005 | 0.00 | 84.03 |
| 05/13/2005 | RCUNI | 13UB/13SW UNI /FUL /Rg:4 0<br>@1.00 05/07/2005-05/07/2005 | 0.00 | 84.03 |
| 05/13/2005 | RCUNI | 70UB/70SW UNI /FUL /Rg:4 76.25<br>@1.00 05/07/2005-05/07/2005 | 76.25 | 160.28 |
| 05/13/2005 | DED | RCUNI-PAY Deduction-AVP-AVP | (3.81) | 156.47 |
| 05/16/2005 | CDR | EDWARD R HAMILTON | (23.40) | 133.07 |
| 05/19/2005 | CRS | CRS SAL ORD #1630245 | (10.02) | 123.05 |
| 05/23/2005 | S18 | Postage NELSON MANILLA | (0.83) | 122.22 |
| 05/26/2005 | CRS | CRS SAL ORD #1635033 | (10.63) | 111.59 |
| 05/27/2005 | RCUNI | 10UB/10SW UNI /FUL /Rg:4 0<br>@1.00 05/21/2005-05/21/2005 | 0.00 | 111.59 |
| 05/27/2005 | RCUNI | 13UB/13SW UNI /FUL /Rg:4 0<br>@1.00 05/21/2005-05/21/2005 | 0.00 | 111.59 |

TRUST ACCOUNT STATEMENT

DOC: 0000147636 Name: DANFORTH, STEPHEN NMN DOB: 05/19/1951
LOCATION: 01-B-E-TIER 3-GALLERY 3 FRONT-360

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 05/27/2005 | RCUNI | 70UB/70SW UNI /FUL /Rg:4 0 @1.00 05/21/2005-05/21/2005 | 0.00 | 111.59 |
| 05/27/2005 | RCINTB | 70SW/70I CINT/FUL /Rg:1 68.25 @6.70 05/14/2005-05/21/2005 | 457.28 | 568.87 |
| 05/27/2005 | DED | RCINTB-PAY Deduction-FTW-FTW | ( 23.00) | 545.87 |
| 05/27/2005 | DED | RCINTB-PAY Deduction-STW-STW | ( 14.00) | 531.87 |
| 05/27/2005 | DED | RCINTB-PAY Deduction-AVPI-AVPI | ( 22.86) | 509.01 |
| 05/27/2005 | DED | RCINTB-PAY Deduction-CCPB-CCPB | ( 305.96) | 203.05 |
| 05/27/2005 | S18 | Postage HATCH | ( 0.23) | 202.82 |
| 05/27/2005 | S18 | Postage KLOBUCHAR | ( 0.23) | 202.59 |
| 05/27/2005 | S18 | Postage DISTRICT COURT MANILLA | ( 1.52) | 201.07 |
| 05/31/2005 | S18 | Postage NELSON MANILLA | ( 0.83) | 200.24 |
| 06/02/2005 | CDR | AMERICAN PUBLISHERS SERVICE | ( 54.75) | 145.49 |
| 06/10/2005 | RCUNI | 10UB/10SW UNI /FUL /Rg:4 0 @1.00 06/04/2005-06/04/2005 | 0.00 | 145.49 |
| 06/10/2005 | RCUNI | 13UB/13SW UNI /FUL /Rg:4 0 @1.00 06/04/2005-06/04/2005 | 0.00 | 145.49 |
| 06/10/2005 | RCUNI | 70UB/70SW UNI /FUL /Rg:4 0 @1.00 06/04/2005-06/04/2005 | 0.00 | 145.49 |
| 06/10/2005 | RCINTB | 70SW/70I CINT/FUL /Rg:1 67.5 @6.70 05/28/2005-06/04/2005 | 452.25 | 597.74 |
| 06/10/2005 | DED | RCINTB-PAY Deduction-FTW-FTW | ( 23.00) | 574.74 |
| 06/10/2005 | DED | RCINTB-PAY Deduction-STW-STW | ( 14.00) | 560.74 |
| 06/10/2005 | DED | RCINTB-PAY Deduction-AVPI-AVPI | ( 22.61) | 538.13 |
| 06/10/2005 | DED | RCINTB-PAY Deduction-CCPB-CCPB | ( 302.19) | 235.94 |
| 06/20/2005 | S29 | UPS | ( 8.23) | 227.71 |
| 06/20/2005 | S29 | UPS | ( 1.50) | 226.21 |
| 06/22/2005 | S18 | Postage NELSON,MAN | ( 1.06) | 225.15 |
| 06/23/2005 | CDR | FIRE MOUNTAIN GEMS & BEADS | ( 18.60) | 206.55 |
| 06/24/2005 | RCINTB | 70SW/70I CINT/FUL /Rg:1 58 @6.70 06/11/2005-06/18/2005 | 388.60 | 595.15 |
| 06/24/2005 | DED | RCINTB-PAY Deduction-FTW-FTW | ( 16.00) | 579.15 |
| 06/24/2005 | DED | RCINTB-PAY Deduction-STW-STW | ( 11.00) | 568.15 |
| 06/24/2005 | DED | RCINTB-PAY Deduction-AVPI-AVPI | ( 19.43) | 548.72 |
| 06/24/2005 | DED | RCINTB-PAY Deduction-CCPB-CCPB | ( 264.45) | 284.27 |
| 06/27/2005 | S18 | Postage NELSON MANILLA | ( 0.83) | 283.44 |
| 06/29/2005 | CDR | ESTI | ( 120.00) | 163.44 |
| 06/30/2005 | CDR | COOLIBAR | ( 35.99) | 127.45 |
| 07/01/2005 | RMRO | CH M 198257 ED HAMILTON BOOKSELLER | 9.95 | 137.40 |
| 07/05/2005 | INTD | Interest Distribution | 0.63 | 138.03 |
| 07/05/2005 | S29 | UPS | ( 9.50) | 128.53 |

# TRUST ACCOUNT STATEMENT

DOC: 0000147636 Name: DANFORTH, STEPHEN NMN DOB: 05/19/1951
LOCATION: 01-B-E-TIER 3-GALLERY 3 FRONT~360

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 07/05/2005 | S29 | UPS | ( 1.50) | 127.03 |
| 07/08/2005 | RCINTB | 70SW/70I CINT/FUL /Rg:1 60 @6.70 06/25/2005-07/02/2005 | 402.00 | 529.03 |
| 07/08/2005 | DED | RCINTB-PAY Deduction-FTW-FTW | ( 18.00) | 511.03 |
| 07/08/2005 | DED | RCINTB-PAY Deduction-STW-STW | ( 12.00) | 499.03 |
| 07/08/2005 | DED | RCINTB-PAY Deduction-AVPI-AVPI | ( 20.10) | 478.93 |
| 07/08/2005 | DED | RCINTB-PAY Deduction-CCPB-CCPB | ( 271.50) | 207.43 |
| 07/11/2005 | S18 | Postage NELSON MANILLA | ( 0.60) | 206.83 |
| 07/12/2005 | S02 | Copies | ( 2.50) | 204.33 |
| 07/14/2005 | S18 | Postage WEISS MANILLA | ( 0.83) | 203.50 |
| 07/14/2005 | CRS | CRS SAL ORD #1674947 | ( 3.16) | 200.34 |
| 07/19/2005 | S18 | Postage FABIAN MANILLA | ( 0.60) | 199.74 |
| 07/20/2005 | S18 | Postage ML,MAN | ( 0.60) | 199.14 |
| 07/20/2005 | CDR | WAKOTA OFFICE MACHINES | ( 120.00) | 79.14 |
| 07/21/2005 | CRS | CRS SAL ORD #1679890 | ( 4.70) | 74.44 |
| 07/21/2005 | RMRO | CH M 1008114 FIREMOUNTAIN GEMS | 4.91 | 79.35 |
| 07/22/2005 | RCINTB | 70SW/70I CINT/FUL /Rg:1 24.5 @6.70 07/09/2005-07/16/2005 | 164.15 | 243.50 |
| 07/22/2005 | DED | RCINTB-PAY Deduction-AVPI-AVPI | ( 8.21) | 235.29 |
| 07/22/2005 | DED | RCINTB-PAY Deduction-CCPB-CCPB | ( 123.11) | 112.18 |
| 07/25/2005 | S18 | Postage MAAS MANILLA | ( 0.60) | 111.58 |
| 07/26/2005 | S18 | Postage HEARINGS AND RELEASE UNIT | ( 0.23) | 111.35 |
| 07/26/2005 | S29 | UPS | ( 8.36) | 102.99 |
| 07/26/2005 | S29 | UPS | ( 1.50) | 101.49 |
| 07/28/2005 | CRS | CRS SAL ORD #1686082 | ( 8.06) | 93.43 |
| 08/02/2005 | RMRO | CH M 5193 COOLIBAR | 1.09 | 94.52 |
| 08/05/2005 | RCINTB | 70SW/70I CINT/FUL /Rg:1 65 @6.70 07/23/2005-07/30/2005 | 435.50 | 530.02 |
| 08/05/2005 | DED | RCINTB-PAY Deduction-FTW-FTW | ( 21.00) | 509.02 |
| 08/05/2005 | DED | RCINTB-PAY Deduction-STW-STW | ( 13.00) | 496.02 |
| 08/05/2005 | DED | RCINTB-PAY Deduction-AVPI-AVPI | ( 21.78) | 474.24 |
| 08/05/2005 | DED | RCINTB-PAY Deduction-CCPB-CCPB | ( 292.62) | 181.62 |
| 08/08/2005 | S18 | Postage BRANSON MANILLA | ( 0.60) | 181.02 |
| 08/08/2005 | S18 | Postage LARSEN MANILLA | ( 0.60) | 180.42 |
| 08/10/2005 | S18 | Postage HEARINGS AND RELEASE MANILLA | ( 0.83) | 179.59 |
| 08/16/2005 | S02 | Copies | ( 30.25) | 149.34 |
| 08/16/2005 | S02 | Copies | ( 16.50) | 132.84 |
| 08/17/2005 | CDR | REV GJ#2705910 ATTORNEY JAMES | 50.00 | 182.84 |