RECEIVED
BY MAIL
SEP 22 2005
CLERK, US DIST. COURT
ST. PAUL, MN

United States District Court

District of Minnesota

---

United States, ex rel.
Stephen Danforth,

Petitioner,

vs.

David Crist, Warden of MCF-Stillwater, and the Department of Corrections of the State of Minnesota,

Respondents.

Civil File No. 01-2137 (JRT/RLE)

DECLARATION OF FILING BY MAIL AND OF SERVICE

---

Stephen Danforth, Petitioner herein, as an incarcerated individual, and in the absence of immediately available notary public service, hereby declares upon penalty of perjury that the following is true and accurate:

On September 20, 2005, he filed by mail, in the manner specified below, and served a copy of: (1) Notice of Appeal; (2) Motion for In Forma Pauperis Appeal Status; and (3) Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis upon counsel for Respondents by placing said documents in each of three envelopes, and and depositing each of said envelopes into the outgoing institutional mail system at his place of incarceration used for legal mail, and marked "Legal Mail", with presumptive standing direction to affix First Class postage and to deposit said envelopes into the United States Postal Service mail system, addressed to this Court, and otherwise as follows:

Asst. Attorney General Thomas Ragatz
445 Minnesota St., Suite 1800
St. Paul, MN 55101-2134

Asst. County Attorney Michael K. Walz
C-2000 Government Center
300 S. Sixth St.,
Minneapolis, MN 55487

September 20, 2005.

[signature]
Stephen Danforth

SCANNED
SEP 22 2005
U.S. DISTRICT COURT ST. PAUL