UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329
111 S. 10TH Street
St. Louis, Missouri 63102
VOICE (314)244-2400
FAX (314)244-2780
www.ca8.uscourts.gov

Michael E. Gans
Clerk of Court

November 4, 2005

Ms. Jenny Chaplinski
DEGREE LAW OFFICE
Suite 545
212 Third Avenue
Minneapolis, MN 55401

Re: 05-3987 Stephen Danforth vs. David Crist

Dear Ms. Chaplinski:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court. In accordance with the Federal Rules of Appellate Procedure and the Eighth Circuit Rules, this appeal has today been assigned the docket number indicated.

Also enclosed is a CJA Form 20 whish provides for your appointment to represent this appellant under the provisions of the Criminal Justice Act. If you are receiving this letter by electronic noticing, your CJA Form 20 will be sent under separate cover.

Also enclosed for your review is the motion to expand certificate of appealability (3 copies) that was sent to us by Mr. Danforth. This document has not been filed.

The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our Website at www.ca8.uscourts.gov/newcoa/coaFrame.html. The material is provided to assist counsel in the preparation and filing of the record and briefs. Counsel for both sides must familiarize themselves with the material and immediately confer regarding the briefing schedule and record requirements (Eighth Circuit Rule 30A). Within ten days of the date of this letter appellant must file with this office (1) verification that the transcript arrangements have been satisfactorily completed and (2) notification of the method of preparation of the appendix jointly selected by counsel. Appeals in which the appendix and opening brief are not timely filed are subject to dismissal pursuant to Eighth Circuit Rule 3C; cases in which appellees do not timely file a brief are governed by FRAP Rule 31(c).

Multiple appellants or appellees who are jointly represented by a single attorney shall file one brief. Multiple appellants or appellees who are separately represented may file separate briefs or a joint brief. A party responding to multiple briefs from separately-represented parties shall file a single responsive or reply brief.

SCANNED
NOV - 4 2005
U.S. DISTRICT COURT MPLS

(5052-010199)

Michael E. Gans
Clerk of Court

cyz

Enclosure(s)

cc: Stephen Danforth
Amy Jean Klobuchar
Michael K. Walz
Thomas R. Ragatz
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-2137 JRT/RLE

November 4, 2005
Case Number: 05-3987

District Court/Agency Case Number(s): CIV 01-2137 JRT/RLE

STEPHEN DANFORTH

Petitioner - Appellant

v.

DAVID CRIST; MINNESOTA
DEPARTMENT OF CORRECTIONS

Respondents - Appellees

(5072-010199)